[No. 2540–3.   Division Three.   June 8, 1978.]

*In the Matter of the Estate of*
FRANK BRESGAL.

Appeal from a judgment of the Superior Court for Spokane County, No. 103968, Thomas E. Merrymann, J. Pro Tem., entered August 26, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5039–1.   Division One.   June 12, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BETTY JEAN PHELPS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD NORRIS PHELPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76518, Donald J. Horowitz, J., entered August 26, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Dore, JJ.

[No. 5083–1.   Division One.   June 12, 1978.]

WILMA J. LOVELESS, *Appellant,* v. FORD MOTOR COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 802902, James W. Mifflin, J., entered September 24, 1976. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Ringold, J.